

# Fourth Court of Appeals
## San Antonio, Texas

June 7, 2019

No. 04-19-00274-CV

**In the Interest of D.L. III, D.L., D.A.R. and D.G.,**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00708
Honorable Norma Gonzales, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was originally due on May 30, 2019, but has not been filed.

We ORDER appellant's attorney to file appellant's brief on or before **June 27, 2019**. If appellant's brief is not filed by that date, we will abate this appeal to the trial court for an abandonment hearing. *See* TEX. FAM. CODE ANN. § 107.013(a)(1) (giving indigent persons a right to counsel in parental-rights termination cases); *In re M.S.*, 115 S.W.3d 534, 544 (Tex. 2003) (holding that this right to counsel includes the right to effective counsel).

Given the time constraints governing the disposition of this appeal, requests for extensions of time will be disfavored.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court